IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAY THORP**                                                                                                    **PLAINTIFF**

v.                                    Case No. 3:26-cv-00010 KGB

**NEW YORK LIFE
INSURANCE COMPANY**, *et al*.                                                              **DEFENDANTS**

## ORDER

Before the Court is the plaintiff Jay Thorp's stipulation of dismissal of defendants New York Life Insurance Company and Nucor Corporation (Dkt. No. 3). The stipulation of dismissal accords with Federal Rule of Civil Procedure 41(a)(1)(A)(1)(i). For good cause shown, the Court dismisses without prejudice New York Life Insurance Company and Nucor Corporation. The Court directs the Clerk's office to terminate New York Life Insurance Company and Nucor Corporation as parties to this action. Thorp's claims against Life Insurance Company of North America remain pending.

It is so ordered this 2nd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge