**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAY THORP**                                                                   **PLAINTIFF**

**v.**                                        **Case No. 3:26-cv-00010 KGB**

**NEW YORK LIFE**
**INSURANCE COMPANY,** *et al*.                                       **DEFENDANTS**

## ORDER

Before the Court is plaintiff Jay Thorp and defendant Life Insurance Company of North America's (collectively the "Parties") joint notice of settlement (Dkt. No. 19).  The Parties represent that on June 4, 2026, the Parties reached a settlement in principle in this matter (*Id.*). The Court directs that within 60 days of the entry of this Order, the parties shall file with the Court a joint stipulation of dismissal or status report.  The Court stays all remaining unexpired deadlines in this case.

It is so ordered this 5th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge