**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAY THORP**                                                    **PLAINTIFF**

**v.**                          **Case No. 3:26-cv-00010 KGB**

**NEW YORK LIFE**
**INSURANCE COMPANY**, *et al.*                              **DEFENDANTS**

## ORDER

Before the Court is plaintiff Jay Thorp and defendant Life Insurance Company of North America's (collectively the "Parties") joint stipulation of dismissal (Dkt. No. 21).  This stipulation accords with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Court adopts the joint stipulation of dismissal (Dkt. No. 21).  The Court dismisses the action with prejudice, with the Parties to bear their own costs, attorney's fees, and expenses of litigation.

It is so ordered this 24th day of July, 2026.

_____
Kristine G. Baker
Chief United States District Judge